**Bobby R. FOREMAN and Katherine Foreman, Appellants,**

v.

**Paul BELL, Jr. and Barbara Jean Bell, Respondents.**

**No. WD 35,840.**

Missouri Court of Appeals, Western District.

Jan. 29, 1985.

Loramel P. Shurtleff, Petri, Shurtleff & Froeschner, Columbia, for appellants.

Robert J. Dierkes, Bear, Hines & Thomas, Columbia, for respondents.

Before TURNAGE, C.J., and MANFORD, and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from judgment entered on directed verdict in favor of defendants in action based on fraud and misrepresentation.

Affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Brian Edward GLASER, Appellant.**

**No. WD35975.**

Missouri Court of Appeals, Western District.

Jan. 29, 1985.

L.R. Magee, Hines & Magee, Kansas City, for appellant.

James N. Foley, Pros. Atty., Macon, for respondent.

Before PRITCHARD, J., and SHANGLER and DIXON, JJ.

ORDER

PER CURIAM:

Appeal from conviction of speeding, Section 304.010 RSMo Supp.1984, and fine of $100.

Judgment affirmed. Rule 30.25(b).